```
1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff
```

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND SANDERS** ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **MICHAEL J. ASTRUE** ) <br> **Commissioner of Social Security** ) <br> **of the United States of America,** ) <br> ) <br> **Defendant.** ) <br> ) <br> _____ ) | Case No.  CIV-09-1021 GGH <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from  October 29, 2009, to January 26, 2010.   This is plaintiff's first request for an extension.  The date is being pushed out to January 26, 2010 to accommodate plaintiff's counsel's extremely heavy briefing schedule, the interfering holidays, and opposing counsel's schedule.

/ / / /

/ / / /

/ / / /

1

Dated: October 29, 2009          */s/Bess M. Brewer*
                                 BESS M. BREWER
                                 Attorney at Law

                                 Attorney for Plaintiff


Dated:October 29, 2009           Lawrence G. Brown

                                 Acting United States Attorney

                                 /s/ *Armand Roth*
                                 ARMAND ROTH

                                 Special Assistant U.S. Attorney
                                 Social Security Administration

                                 Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED: November 13, 2009         /s/ Gregory G. Hollows
                                 ─────────────────────────────
                                 GREGORY G. HOLLOWS
                                 U.S. MAGISTRATE JUDGE

sanders.eot